[No. 9886-9-III. Division Three. January 8, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. JOSE PINEDA
CAMPOS, *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 89-1-00014-1, Jerry M. Moberg, J., entered
February 17, 1989. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Shields, A.C.J., and Thompson, J.